

S.D.N.Y.
05-cv-2420
Castel, J.
Maas, M.J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 8th day of March two thousand seven,

Present:

    Hon. John M. Walker, Jr.,
    Hon. Robert D. Sack,
        *Circuit Judges,*
    Hon. George B. Daniels,*
        *District Judge.*



UNITED STATES COURT OF APPEALS
FILED
MAR -8 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

---

Carman Williams,

    Plaintiff-Appellant,

    v.                   06-1791-cv

Florentino Hernandez, et al.,

    Defendants-Appellees.

---

Appellant, *pro se,* moves for appointment of counsel. Upon due consideration, it is hereby ORDERED that the motion is DENIED and this appeal is DISMISSED as frivolous because it lacks "an arguable basis in law or fact." *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); *see also* 28 U.S.C. § 1915(a), (e)(2).

FOR THE COURT:
Thomas W. Asreen, Acting Clerk
BY: *Richard Alcantara*
        Richard Alcantara, Deputy Clerk

---

*The Honorable George B. Daniels, United States District Court for the Southern District of New York, sitting by designation.

A TRUE COPY
Thomas Asreen, Acting Clerk

by_____
    Deputy Clerk

Issued as Mandate

APR -3 2007